**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

                                                            :

MANUEL RIOS,                                   :

                            Plaintiff,             :                    CIVIL ACTION

                                                            :

            v.                                           :

MICHAEL J. ASTRUE,                        :

Commissioner of Social Security,         :

                            Defendant.          :                    No. 09-5004

_____:

## <u>ORDER</u>

AND NOW, this   30   day of September, 2010, upon careful and independent

consideration of Plaintiff Manuel Rios's Request for Review, it is hereby DENIED as follows:

(1)       Plaintiff's Motion for Summary Judgement (Doc. No. 8) is DENIED and his

            complaint is DISMISSED.

(3)       The clerk shall mark this case CLOSED for statistical purposes.

                                                            BY THE COURT:

                                                            s/Michael M. Baylson

                                                            _____

                                                            Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-5004 Rios v. Astrue\Rios v. Astrue, 09-5004 SS Appeal Order.wpd